[Nos. 16488–1–I; 16489–9–I;   Division One.       July 8, 1987.]
16490–2–I; 16491–1–I.

*In the Matter of C. A.*

*In the Matter of A. A.*

*In the Matter of J. A.*

*In the Matter of V. A.*

MYRA MARIE ACOSTA, *Appellant,* v. SEATTLE INDIAN CENTER, *Respondent.*

Appeals from a judgment of the Superior Court for King County, No. 81–7–00668–8, Rosselle Pekelis, J., entered April 17, 1985. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Swanson and Coleman, JJ.

[No. 17345–6–I.   Division One.   July 8, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. KIRK W. CRAMER, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 85–1–00154–5, John E. Rutter, Jr., J., entered October 10, 1985. *Dismissed* by unpublished per curiam opinion.

[No. 17348–1–I.   Division One.   July 8, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. EDDIE JOE BUSH, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 85–1–02165–3, Frank J. Eberharter, J., entered October 22, 1985. *Dismissed* by unpublished per curiam opinion.